1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5

6  # UNITED STATES DISTRICT COURT
   # NORTHERN DISTRICT OF CALIFORNIA
7  # SAN JOSE DIVISION

8  _____
   LORI HUTSON,                        ) Civil Action No. 07-2895 HRL
9                                      )
                                       ) STIPULATION TO MEDIATION
10         Plaintiff,                  ) AND [PROPOSED] ORDER
                                       )
11     v.                              )
                                       )
12  LAW OFFICES OF DANIEL H. BAREN     )
    and DANIEL H. BAREN,               )
13                                     )
                                       )
14         Defendants.                 )
    _____)
15

16
       The parties hereby stipulate to the Alternative Dispute Resolution Unit's mediation program.
17

18  Date: 8/3/07

19

20  /s/Ronald Wilcox_____
    Ronald Wilcox, counsel for Plaintiff
21
    /s/Michael Willams_____
22  Michael Williams, counsel for Defendants

23

24

25

STIPULATION TO MEDIATION AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER

Pursuant to the parties' stipulation, this matter is referred to mediation.

**IT IS SO ORDERED.**

Date:

_____
U.S. DISTRICT JUDGE

STIPULATION TO MEDIATION AND [PROPOSED] ORDER