Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

* E-filed 8/6/07 *

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LORI HUTSON, | ) Civil Action No. 07-2895 HRL |
| | ) |
| | ) STIPULATION TO MEDIATION |
| Plaintiff, | ) AND ORDER |
| | ) |
| v. | ) |
| | ) |
| LAW OFFICES OF DANIEL H. BAREN | ) |
| and DANIEL H. BAREN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties hereby stipulate to the Alternative Dispute Resolution Unit's mediation program.


Date: 8/3/07


/s/Ronald Wilcox
Ronald Wilcox, counsel for Plaintiff

/s/Michael Willams
Michael Williams, counsel for Defendants

# ORDER

Pursuant to stipulation, the above-captioned matter is hereby referred to: Mediation

The Deadline for the ADR session is: 90 days from the date of this order.

**IT IS SO ORDERED.**

Date:    8/6/07

_____

Howard R. Lloyd
United States Magistrate Judge