# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Hutson,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Law Offices of Daniel H. Baren,<br><br>　　　　　Defendant(s). | 07-02895 HRL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

>**Michael Timpane**
>Timpane ADR Services
>1901 Harrison St., Suite 1150
>Oakland, CA 94612
>510-625-8885

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02895 HRL MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 29, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02895 HRL MED                           - 2 -