1  RONALD WILCOX, Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4  Attorney for Plaintiff

5

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

LORI HUTSON, )
    Plaintiff, )   Case No. 07-CV-02895-HRL
)
)   **STIPULATION TO DISMISS AND**
)   **[PROPOSED] ORDER**
)
LAW OFFICE OF DANIEL H. BAREN and )
DANIEL H. BAREN, )
    Defendants. )
)
)
)
)
)

The parties have resolved this matter through a separate written agreement. Therefore, the parties request this matter be dismissed with prejudice.

Dated: 8/31/2007

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff


Michael Williams, Counsel for Defendants

- 1

1

# [PROPOSED] ORDER

2  Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with
3  prejudice.

4

5  Date:

6

7  _____
   HON. HOWARD R. LLYOD
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2