Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LORI HUTSON, | ) Civil Action No. 07-2895 HRL |
| | ) |
| | ) JOINT CONSENT TO U.S. |
| Plaintiff, | ) MAGISTRATE JUDGE |
| | ) |
| v. | ) |
| | ) |
| LAW OFFICES OF DANIEL H. BAREN and DANIEL H. BAREN, | ) |
| | ) |
| Defendants. | ) |

The parties hereby consent to the U.S. Magistrate Judge in the above mentioned matter.

Date: 9/6/07

/s/Ronald Wilcox
Ronald Wilcox, counsel for Plaintiff

_____
Michael Williams, counsel for Defendants

JOINT CONSENT TO U.S. MAGISTRATE JUDGE