*E-filed 9/6/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORI HUTSON | Case No. C07-02895 HRL |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LAW OFFICE OF DANIEL H. BAREN and DANIEL H. BAREN, | |
| Defendants. | |

Pursuant to the notice of settlement and Stipulation to Dismiss, the Case Management Conference set for September 11, 2007 at 1:30 p.m. in Courtroom 2 is hereby VACATED.

Further, both parties should file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge, if the parties intend to have the court sign the order dismissing the case.

**IT IS SO ORDERED.**

Dated: 9/6/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-2895 Notice has been electronically mailed to:**

Ronald Wilcox  ronaldwilcox@post.harvard.edu

Michael Raymond Williams  mwilliams@faw-law.com, wmills@faw-law.com

**5:07-cv-2895 Notice has been delivered by other means to:**

Jesse S. Finlayson
Gibson Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza
Suite 1400
Irvine, CA 92614-8557

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:  9/6/07            /s/   KRO
                          Chambers of Magistrate Judge Howard R. Lloyd

2