RONALD WILCOX, Bar No. 176601  *E-filed 9/6/07*
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Attorney for Plaintiff

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LORI HUTSON,<br>    Plaintiff,<br><br>LAW OFFICE OF DANIEL H. BAREN and<br>DANIEL H. BAREN,<br>    Defendants. | Case No. 07-CV-02895-HRL<br><br>**STIPULATION TO DISMISS AND<br>~~[PROPOSED]~~ ORDER** |

The parties have resolved this matter through a separate written agreement. Therefore, the parties request this matter be dismissed with prejudice.

Dated: 8/31/2007

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff


Michael Williams, Counsel for Defendants

- 1

1  [PROPOSED] ORDER

2  Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with
3  prejudice.

4
5
6
7  _____  9/6/07
   Hon. Howard R. Lloyd
8  United States Magistrate Judge

- 2